# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**DAVID GARDNER**
*On Behalf of Himself and All Others Similarly Situated*

**PLAINTIFF**

v.

**BARRETT MAINTENANCE, INC.**

**DEFENDANT**

**Civil Action No. 5:20-CV-15-TBR**

SENIOR JUDGE THOMAS B. RUSSELL

## JUDGMENT

■   **Jury Verdict.**

This action came before the Court for a trial by jury on August 2 and 3, 2021. Appearing for the plaintiff was D. Wes Sullenger and for the defendant, Richard L. Walter and William L. McCall.

Court Reporters: Terri Turner and Amy Fleming

The issues have been tried and the jury has rendered its verdict in favor of the Defendant, Barrett Maintenance, on Plaintiff's claims.

Consistent with the above, **IT IS ORDERED AND ADJUDGED** that all claims asserted herein by the Plaintiff are hereby **DISMISSED with prejudice.**

The Defendant shall recover proper court costs.

cc: Counsel

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

August 4, 2021